IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CARL KOTAY GRAHAM, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | 1:14CV719<br>1:06CR267-1 |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on June 12, 2020, was served on the parties in this action. (ECF Nos. 160, 161.) No objections were filed within the time prescribed by §636.

The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Petitioner's Motion, (ECF No. 106), to vacate, set aside, or correct sentence under § 2255 is GRANTED, that the Petitioner's sentence is VACATED, and that this case be set for resentencing.

This, the 16th day of June 2020.

/s/ Loretta C. Biggs
United States District Judge